George S. Van Schaick, Superintendent of Insurance of the State of New

---

* Affd., 259 N. Y. ——.

York, as Liquidator of the EQUITABLE CASUALTY AND SURETY COMPANY, Respondent, v. SAMUEL D. FRIEDMAN and Others, Appellants.— Order affirmed, with ten dollars costs and disbursements, with leave to the defendants to serve an amended answer within twenty days from service of order upon payment of said costs. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.